



POLY INDIAN

# CATHAY
## COLLECTION



Cathay   *Certificate of Authenticity*
LIMITED EDITION

This doll belongs to Cathay Collection and is limited to 5000 pieces
worldwide. It was designed by professional artists, and delicately
handcrafted with the finest materials.

No. 0060 ---5000

Certified Signature:

**EXHIBIT**
**C**