



POLY INDIAN

CATHAY
COLLECTION



Cathay    Certificate of Authenticity
LIMITED EDITION

This doll belongs to Cathay Collection and is limited to 5000 pieces
worldwide. It was designed by professional artists, and delicately
handcrafted with the finest materials.

No. 0075 ---5000

Certified Signature:



EXHIBIT
D