## United States District Court for the Northern District of Illinois

Case Number: 08cv27          Assigned/Issued By: j. n.

Judge Name: DARRAH          Designated Magistrate Judge: ASHMAN

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____          Receipt #: 2432835_____

Date Payment Rec'd: 1-2-08_____    Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
                                         _____
[ ] Wage-Deduction Garnishment Summons   _____
                                         (Victim, Against and $ Amount)
[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_____ copies on _1-2-08_____ as to _DEFENDANT_____
                                       (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm      03/14/05