168.23031-35/27

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NATIVE AMERICAN ARTS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  08 C 27 |
| | ) | |
| BARGAIN SUPPLY CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on the 27th day of February, 2008, there was filed with the Clerk of the United States District Court, Northern District, Eastern Division, Chicago, Illinois, Defendant, Bargain Supply Co., Inc.'s Appearance and Answer to Plaintiff's Complaint, a copy of which is hereby served upon you.

    Respectfully submitted,

    TRIBLER ORPETT & MEYER, P.C.


    /s Paul C. Do_____
    One of the attorneys for defendant

Mitchell A. Orpett – ARDC 3121966
Paul C. Doe – ARDC 6281511
TRIBLER ORPETT & MEYER
225 W. Washington Street, Suite 1300
Chicago, IL 60606
(312) 201-6400

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the defendant's Notice of Filing, with attachments, was served upon:

**Counsel for Native American Arts, Inc.:**
Scott M. Kolosso and Michael P. Mullen
203 N. Wabash Avenue, Suite 2300
Chicago, IL 60601
(312) 750-1600
(312) 750-1651 – fax
skolosso.mandf@hotmail.com and mullenmichael@msn.com

**Additional Counsel for Bargain Supply Co., Inc.:**
Jennifer Hatcher and Rebecca A. Martin
Ackerson & Yann, PLLC
401 W. Main Street
One Riverfront Plaza, Suite 1200
Louisville, KY 40202
(502) 583-7400

service was accomplished pursuant to ECF as to Filing Users and complies with Fed. R. Civ. P. 5(a), LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 1300, Chicago, IL 60606, prior to 5:00 p.m. on the 27th day of February, 2008, with proper postage prepaid.

s/ Paul C. Do_____
an Attorney

2