UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Native American Arts, Inc.
        Plaintiff,

v.               Case No.: 1:08−cv−00027
               Honorable John W. Darrah

Bargain Supply Co., Inc.
        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Martin C. Ashman for the purpose of holding proceedings related to: settlement conference.(maf, )Mailed notice.

Dated: March 24, 2008

                       /s/ John W. Darrah
                       United States District Judge