## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Native American Arts, Inc.

                Plaintiff,

v.                                     Case No.: 1:08−cv−00027
                                          Honorable John W. Darrah

Bargain Supply Co., Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Settlement conference held on 8/20/2008. Case settled. Consent form filed. Status hearing set for 9/5/2008 at 10:00 AM., for agreed order by the parties. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Honorable Martin C. Ashman no longer referred to the case. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.